IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELANGE AUGUSTIN,<br><br>　　　　　Defendant. | CASE NO.: 4:25-cr-39 |

**O R D E R**

On June 20, 2025, the parties filed a Joint Status Report. Doc. 34. In the report, paragraph III states that the Government has filed a motion for additional psychiatric examination and that the Defendant will be filing a motion requesting virtual testimony from out of State witnesses. In the telephonic status call that the Court conducted with the parties on June 9, 2025, the Court gave the Government a deadline of June 20, 2025 to file any additional motion for further evaluation. Although the Joint Status Report states that the Government filed such motion, it did not.[1]

The Government is **ORDERED** to clarify its position on the record as to whether there is a request by the Government for Defendant to be further evaluated. The Government's position shall be filed on the record **on or before June 27, 2025**.

**SO ORDERED**, this 25th day of June, 2025.

---

[1] The Government did file a Response to Defendant's Motion to Allow Dr. Joseph Browning, M.D. to Conduct a Comprehensive Psychiatric Evaluation and Medical Care Plan for Defendant at the Coffee County Jail, and in that Response asked for permission to conduct its own examination. Doc. 26. The Court denied the Government's request and no other request was made. Doc. 30.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA