IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:25-cr-39 |
| DELANGE AUGUSTIN, | |
| Defendant. | |

### ORDER

On August 14, 2025, the Court received a psychiatric report from the Bureau of Prisons regarding efforts to restore Defendant's competency to stand trial. Doc. 48. The author of the report opines Defendant remains incompetent to stand trial, but there is a substantial probability Defendant can be restored to competency. The author recommends that Defendant be committed for treatment for restoration to competency pursuant to 18 U.S.C. § 4241(d). The parties are **ORDERED** to submit a statement regarding their respective positions on the request that Defendant be committed for further treatment for restoration to competency pursuant to 18 U.S.C. 4241(d). The statement shall be filed on or before August 21, 2025.

**SO ORDERED**, this 14th day of August, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA