IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:25-cr-39 |
| DELANGE AUGUSTIN, | |
| Defendant. | |

**O R D E R**

I recently ordered Defendant transferred to a BOP facility for an evaluation by a psychiatrist or psychologist to determine whether Defendant is competent to stand trial and whether Defendant was insane at the time of the alleged offense.  Doc. 47 at 3 (citing 18 U.S.C. § 4241(b)).  In a report dated August 13, 2025, Dr. Lesli Johnson, Ph.D. (a BOP evaluator), opined that Defendant is not competent to stand trial.  In addition, it is BOP's typical practice to send a defendant back to the District where he is being prosecuted for that court to make a determination on the defendant's competency.  If the Court finds the Defendant incompetent to stand trial, then the Defendant is typically transferred back into the BOP's custody for restoration attempts.  However, in this case, the BOP has asked permission to continue holding Defendant in its custody until the Court can determinate Defendant's competency.

Defendant, through his attorney, consented to remain in BOP's custody at the current facility until the Court can make a determination on Defendant's competency to stand trial.  The Court ordered Defendant's evaluation under § 4241.  Under 18 U.S.C. § 4247(b), the Court is permitted to commit Defendant for examination for a "reasonable period," not to exceed 30 days, and the director of the facility may ask for an extension of this time, not to exceed 15 days.

With this time constraint in mind and with Defendant's consent having been given, the Court **ORDERS** that Defendant be kept in the BOP's Federal Detention Center in Houston, Texas, at this time. The Court will make a determination on Defendant's competency, taking into consideration Dr. Johnson's report and the parties' positions, as soon as possible.

**SO ORDERED**, this 14th day of August, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA